ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
ROSEANNE GILLETTE, CSBN 251001
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (480) 422-2150
Email: Roseanne.Gillette@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHAFER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-02682-JDP<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 43 U.S.C. § 405(g); ~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

DATED this 23rd day of November, 2026

Respectfully submitted,

Dated: November 23, 2026

LAW OFFICE OF ANDREA BANKS

By: */s/ Andrea Banks**

ANDREA BANKS
Attorneys for Plaintiff
[*As authorized by e-mail on November 23, 2026]

Dated: November 23, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Law & Policy, Program Litigation 1

By: */s/ Roseanne Gillette*

ROSEANNE GILLETTE
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: November 24, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE